# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **REBECCA REID** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 4:17-cv-2260 |
| | § | _____ |
| **JO-ANN STORES, LLC & MCDOUGAL** | § | |
| **SEWING CENTER, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT JO-ANN STORES, LLC'S NOTICE OF REMOVAL

1.      Defendant Jo-Ann Stores, LLC ("Jo-Ann") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a).

2.      Plaintiff Rebecca Reid filed her Original Petition ("Petition") in the 281st Judicial District Court of Harris County, Texas on June 16, 2017.  In her Petition, Plaintiff alleges that she slipped and fell on Jo-Ann's premises on or about July 6, 2015 because of an alleged wet and dangerous floor.   The Jo-Ann store at issue is located at 1219 Fry Road, Katy, Texas 77449. Plaintiff served Jo-Ann with her Petition on July 5, 2017.

3.      Jo-Ann is filing this Notice of Removal within thirty days after the date that Plaintiff first served Jo-Ann as 28 U.S.C. § 1446(b) requires.  An index of all documents filed in the state court action, pursuant to Local Rule 81, is attached hereto as "Exhibit A."  Jo-Ann attaches a true and correct copy of each document listed in the index, including Jo-Ann's Original Answer, as "Exhibits B-H."  Further, Jo-Ann attaches the Certificate of Interested Parties that Local Rule 81.6 requires as "Exhibit G."

4.      Removal is proper because Plaintiff joined McDougal Sewing Center, Inc. ("McDougal") solely to defeat diversity jurisdiction.  *See Salazar v. Allstate Tex. Lloyd's, Inc*., 455 F.3d 571, 574 (5th Cir. 2006).  There is no reasonable basis for believing that Plaintiff could recover from McDougal in state court.  *Larroquette v. Cardinal Health 200, Inc*., 466 F.3d 373, 376-77 (5th Cir. 2006); *Morris v. Princess Cruises, Inc*., 236 F.3d 1061, 1067-68 (9th Cir. 2001). McDougal leases a small space at the back of the Jo-Ann store at issue in this lawsuit.  The accident did not occur near the area where McDougal operates or sells merchandise.  Plaintiff admits that her alleged accident occurred "in the front center of the store."  *See* Ex. C, Plaintiff's Original Petition, p. 2.  McDougal did not control or have any role in maintaining, inspecting or cleaning the area at issue in this lawsuit.  The only reason Plaintiff sued McDougal is because it shares an address with Jo-Ann.

5.      Since McDougal is improperly joined, this Court has original jurisdiction of this action under 28 U.S.C. § 1332(a) because it is a civil action between citizens of different states and the amount-in-controversy requirement is satisfied.

6.      Plaintiff Rebecca Reid ("Plaintiff") is an individual who is a resident of Harris County, Texas and thus is a citizen of Texas for diversity purposes.  *See* Ex. C, Plaintiff's Original Petition, p. 1.

7.      Defendant Jo-Ann Stores, LLC is a limited liability company whose sole member, Needle Holdings, LLC, is a Delaware limited liability company whose sole member in turn is Jo-Ann Stores Holdings, Inc., which is a Delaware corporation.  Jo-Ann Stores, LLC is thus a citizen of Delaware for diversity purposes.

8.      There is complete diversity between Plaintiff and Jo-Ann, the only properly joined defendant.  This action may be removed to this Court by Jo-Ann pursuant to 28 U.S.C. § 1441 because Jo-Ann is not a citizen of the State of Texas.

9.      The amount-in-controversy requirement is satisfied in this action.  Specifically, Plaintiff has stated that she seeks monetary relief equal to or in excess of $500,000.00, an amount well in excess of the jurisdictional threshold required for removal pursuant to 28 U.S.C. § 1332(a).  *See* <u>Ex. C</u>, Plaintiff's Original Petition, p. 4.

10.     Consent of Defendant, McDougal, is not necessary because it is a nominal party that Plaintiff fraudulently joined only to defeat diversity jurisdiction.  *Acosta v. Master Maint. & Constr. Inc*., 452 F.3d 373, 379 (5th Cir. 2006).

11.     The United States District Court for the Southern District of Texas, Houston Division, is the proper venue for this action under 28 U.S.C. § 1441(a) because it presides over the county within which the state court action was filed (namely Harris County, Texas).

12.     Defendant Jo-Ann Stores, LLC will promptly file a copy of this Notice of Removal with the clerk of the State Court in which the action has been pending.

13.     Defendant Jo-Ann Stores, LLC will send written notice of this Removal on the Parties as described in the attached Certificate of Service.

14.     Plaintiff did demand a jury in the state-court suit.

## **<u>PRAYER</u>**

For the above reasons, Defendant Jo-Ann Stores, LLC requests that the above-entitled action be removed from the 281st Judicial District of Harris County, Texas to this Honorable Court.

Respectfully submitted,


  /s/ Adolfo R. Rodriguez, Jr.
Adolfo R. Rodriguez, Jr.
State Bar No. 24007934
E-mail: jr@therodriguezfirm.com
Angela M. Buchanan
State Bar No. 24059213
E-mail: abuchanan@therodriguezfirm.com
**RODRIGUEZ LAW FIRM, P.C.**
1700 Pacific Avenue, Suite 3850
Dallas, Texas 75201
Telephone: (214) 220-2929
Facsimile:  (214) 220-2920

**ATTORNEYS FOR DEFENDANT**
**JO-ANN STORES, LLC**


## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been served on all counsel of record pursuant to the Texas Rules of Civil Procedure on this the **24th** day of **July**, **2017**.

  /s/ Angela M. Buchanan
Angela M. Buchanan

# EXHIBIT "A"

## CAUSE NO. 201740519

| | | |
|---|---|---|
| **REBECCA REID** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **JO-ANN STORES, LLC &** | § | |
| **MCDOUGAL SEWING CENTER, INC.** | § | |
| | § | |
| **Defendants.** | § | **281ST JUDICIAL DISTRICT** |

## HARRIS COUNTY DISTRICT COURT DOCKET INDEX

**Attached to this index are true and correct copies of the following documents:**

| B | EX. B – Harris County District Clerk's Court Docket | 07/20/2017 |
|---|---|---|
| C | EX. C – Plaintiff's Original Petition with Civil Case Information Sheet and Civil Process Request | 06/16/2017 |
| D | EX. D – Civil Process Pick-Up Form | 06/28/2017 |
| E | EX. E – Citation with Affidavit of Service for JoAnn Stores LLC | 07/14/2017 |
| F | EX. F – Citation with Affidavit of Service for McDougal Sewing Center, Inc. | 07/19/2017 |
| G | EX. G – Certificate of Interested Parties | 07/21/2017 |
| H | EX. H – Jo-Ann's General Denial, Original Answer and Requests for Disclosure | 07/21/2017 |

# EXHIBIT "B"

**HCDistrictclerk.com**　　　　　REID, REBECCA vs. JO-ANN STORES LLC　　　　　7/24/2017
　　　　　　　　　　　　　　　Cause: 201740519　　　　CDI: 7　　　Court: 281

**DOCUMENTS**

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Defendant Jo-Ann Stores, llc's General Denial, Original Answer and Request For Disclosures | | 07/21/2017 | 3 |
| restricted | Citation With Affidavit of Service - McDougal Sewing Center Inc | | 07/19/2017 | 2 |
| restricted | Citation With Affidavit of Service - JoAnn Stores LLC | | 07/14/2017 | 2 |
| restricted | Civil Process Pick-Up Form | | 06/28/2017 | 1 |
| restricted | Plaintiff's Original Petition | | 06/16/2017 | 5 |
| -> restricted | Civil Case Information Sheet | | 06/16/2017 | 1 |
| -> restricted | Civil Process Request | | 06/16/2017 | 1 |

# EXHIBIT "C"

6/16/2017 4:49:00 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17680482
By: Justin Kitchens
Filed: 6/16/2017 4:49 PM

NO. _____

| | | |
|---|---|---|
| REBECCA REID | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JO-ANN STORES, LLC & | § | _____ JUDICIAL DISTRICT |
| MCDOUGAL SEWING CENTER, INC. | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Plaintiff REBECCA REID complaining of and about JO-ANN STORES, LLC ("Jo-Ann") and MCDOUGAL SEWING CENTER, INC., and in support hereof would respectfully show the Court the following:

### I. DISCOVERY CONTROL PLAN

1.      Plaintiff intends for discovery to be conducted under Level 2 of Texas Rule of Civil Procedure 190.

### II. PARTIES

2.      Plaintiff REBECCA REID is a resident of Harris County, Texas.

3.      Upon information and belief, Defendant JO-ANN STORES, LLC is a company operating in the great State of Texas. It may be served with process by mailing a copy of the Petition to their registered agent: CT Corporation System, 1999 Bryan St., Ste 900, Dallas, Texas 75201, or anywhere it may be found.

4.      Upon information and belief, McDougal Sewing Center, Inc. is a company operating in the great State of Texas. It may be served with process by mailing a copy of the Petition to their registered agent: Daniel G. Welch, at 15010 Yorktown Colony Drive, Houston, TX 77084, or anywhere he may be found.

### III. JURISDICTION AND VENUE

2017-40519 / Court: 281

Unofficial Copy Office of Chris Daniel District Clerk

5.      This Court has jurisdiction over this matter because the amount in controversy is within the jurisdictional limits of this Court.  Venue is proper in Harris County, Texas, because all or a substantial part of the events or omissions giving rise to this claim occurred in Harris County, Texas.

## IV. FACTS

6.      This suit is brought by Plaintiff for those damages to which she is entitled to recover from Defendants as a result of her personal injuries sustained on or about July 6, 2015, at 1219 Fry Road in Katy, Texas 77449 (Jo-Ann). At all times material hereto, Defendant JO-ANN STORES, LLC was the owner and operator of the premises in question.

7.      Plaintiff entered upon said premises in response to an express or implied invitation by Defendants. While Plaintiff was upon said premises, Plaintiff slipped and fell due to a dangerous condition. Specifically, Plaintiff was walking down an aisle, in the front center of the store when she slipped and fell due to a very wet and dangerous condition, where there had been a known liquid problem by the employees and management.  The area was not marked properly with any sign or warning stating that the area could be potential a hazard. Plaintiff suffered a fully displaced patella fracture and has endured multiple surgeries.  This incident, and the injuries resulting therefrom, were brought about to occur and were proximately caused by the negligence of the Defendants herein.

## V. LIABILITY OF DEFENDANTS

8.      At all times mentioned herein, Defendants had such control over the premises in question and Defendants owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

9.      Defendants and/or its agents, servants and employees negligently, willfully, and/or knowingly permitted the area in question to become slippery and dangerous; negligently, willfully, and/or knowingly allowed such condition to continue; and negligently willfully and/or knowingly failed to warn Plaintiff of the dangerous condition. This condition existed despite the fact that Defendants and/or its agents, servants and employees knew or should have known of the existence of the aforementioned condition and that there was a likelihood of a person being injured as occurred to Plaintiff.

10.     Defendants furthermore had a duty to use ordinary care to ensure that the premises did not present a danger to Plaintiff. This duty includes the duty to inspect and the duty to warn or make safe. Defendants failed to inspect, warn, or make safe.

11.     As a result of this accident, Plaintiff sustained severe and disabling injuries and damages, which will be set out more fully hereinafter. This accident and the resulting injuries were brought about to occur and were proximately caused by the negligence of the Defendants. The following acts and omissions included, but not limited to, below illustrate how Defendants were negligent:

        a. In failing to properly inspect and cure the area in question;

        b. In failing to maintain the area in a reasonably safe condition;

        c. In failing to give adequate and understandable warnings to Plaintiff of the unsafe condition;

        d. In failing to have a mat in the slick area in question;

        e. In failing to discover and remove the dangerous condition within a reasonable time;

        f. In failing to use the care of a reasonably prudent person under the same or similar circumstances;

        g. In failing to remove the substance causing the slip and fall; and

        h. In committing various other acts and/or omissions of negligence, both statutorily and at common law, to be specified at the time of trial.

**VI. DAMAGES**

12.    Plaintiff is seeking damages totally $500,000. As a result of this incident, Plaintiff has sustained the following injuries, damages and losses:

    a. Medical and other health care related expenses, both past and future;

    b. Loss of impairment of earnings and/or earning capacity, both past and future;

    c. Lost Wages, both past and future;

    d. Physical pain and suffering, both past and future;

    e. Mental anguish, both past and future;

    f. Physical impairment, both past and future; and

    g. Physical disfigurement, both past and future.

13.    In addition, Plaintiff says that if it be shown that she had a pre-existing disease or condition, then she will show that same was neither painful or disabling and that as a result of the injuries inflicted upon her by the negligence of Defendants, Plaintiff's disease(s) or condition(s) were aggravated or incited to the extent that same became painful, disabling and proximately caused the damages described above.

14.    Plaintiff asserts a claim for pre judgment and post judgment interest for all elements of damages that such interest is allowed. Plaintiff also asserts a claim for court costs for all costs where such is allowed.

15.    All of the above-listed elements of damages were brought about to occur and were proximately caused by the negligence of the Defendants herein.

## VII. CONDITIONS PRECEDENT

16.    All conditions precedent to Plaintiff's claim for relief has been performed or has occurred.

## VIII. REQUEST FOR DISCLOSURE

17.     Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

### IX. RULE 193.7 NOTICE

18.     This is given as notice to Defendant that Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such rights and privileges established by Texas Rule of Civil Procedure 193.7.

### X. JURY DEMAND

19.     Plaintiff asserts her right to a trial by jury under Texas Constitution article 1, section 15, and makes this demand for a jury trial at least 30 days before the date this case is set for trial. Plaintiff tenders the appropriate fee as required by Texas Government Code section 51.604.

### PRAYER

20.     WHEREFORE, PREMISES CONSIDERED, Plaintiff prays upon final trial of this cause, Plaintiff recover of and from the Defendants for all of Plaintiff's damages stated herein, together with pre and post judgment interest, at the legal rate thereon, reasonable attorney's fees, costs of court, and such other and further relief to which Plaintiff may be justly entitled to receive, at law or in equity.

Respectfully submitted,

CARL J. SELESKY, SBOT #00792121
9601 Katy Freeway, Suite 290
Houston, Texas  77024
(713) 780-9595 (Telephone No.)
(713) 782-5226 (Facsimile No.)
carlselesky@carlselesky.com (Email)
ATTORNEY FOR PLAINTIFF

## CIVIL CASE INFORMATION SHEET (REV. 2/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____    COURT *(FOR CLERK USE ONLY):* _____

STYLED Plaintiff's Original Petition

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:**<br><br>Carl J. Selesky | **Email:**<br><br>carlselesky@carlselesky.com | **Plaintiff(s)/Petitioner(s):**<br><br>Rebecca Reid | ☑ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| **Address:**<br><br>9601 Katy Freeway, Suite 290 | **Telephone:**<br><br>713-780-9595 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:**<br><br>Houston, Texas 77024 | **Fax:**<br><br>713-782-5226 | **Defendant(s)/Respondent(s):**<br><br>Jo-Ann Stores, LLC | **Custodial Parent:** |
| | **State Bar No:**<br><br>00792121 | McDougal Sewing Center, Inc. | **Non-Custodial Parent:**<br><br>**Presumed Father:** |
| | | *[Attach additional page as necessary to list all parties]* | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | | Family Law |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| **Debt/Contract**<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>Liability: | ☐ Eminent Domain/<br>Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Motor Vehicle Accident<br>■ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product:<br><br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>Pre-indictment<br>☐ Other: | **Other Family Law**<br>☐ Enforce Foreign<br>Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>of Minority<br>☐ Other: | **Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>■ Post-judgment | ■ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
▣ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

6/16/2017 4:49:00 PM
Harris County - ___ Judicial District Court
Chris Daniel - District Clerk
Unofficial Copy Office of Chris Daniel District Clerk

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____    CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Plaintiff's Original Petition

FILE DATE OF MOTION: 06/16/2017

                                      Month/     Day/     Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: Jo-Ann Stores, LLC

    ADDRESS: 1999 Bryan Street, Suite 9000, Dallas, Texas 75201

    AGENT, (if applicable): CT Corporation

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
☐ ATTORNEY PICK-UP            ☐ CONSTABLE
☑ CIVIL PROCESS SERVER - Authorized Person to Pick-up:  Pannell (Box 18)      Phone: 713-680-9595
☐ MAIL                     ☐ CERTIFIED MAIL
☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR, or
                    ☐ NEWSPAPER OF YOUR CHOICE: _____
☐ OTHER, explain _____

*********************************************************************************

2.  NAME: McDougal Sewing Center, Inc

    ADDRESS: 15010 Yorktown Colony Drive, Houston, Texas 770874

    AGENT, (if applicable): Daniel G. Welch

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
☐ ATTORNEY PICK-UP            ☐ CONSTABLE
☑ CIVIL PROCESS SERVER - Authorized Person to Pick-up:  Pannell (Box 18)      Phone: 713-680-9595
☐ MAIL                     ☐ CERTIFIED MAIL
☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR, or
                    ☐ NEWSPAPER OF YOUR CHOICE: _____
☐ OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: Carl J. Selesky               TEXAS BAR NO./ID NO.  00792121
MAILING ADDRESS: 9601 Katy Freeway, Suite 290, Houston, Texas 77024
PHONE NUMBER: 713     780-9595       FAX NUMBER: 713    782-5226
             area code     phone number                 area code   fax number
EMAIL ADDRESS: carlselesky@carlselesky.com

6/16/2017 4:49:00 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 17680482
By: JUSTIN R
Filed: 6/16/2017 4:49:00 PM

2007-40519 / Court: 215

Unofficial Copy Office of Chris Daniel District Clerk

CIV/C108 Revised 9/3/09

# EXHIBIT "D"



# CHRIS DANIEL
**HARRIS COUNTY DISTRICT CLERK**

ENTERED _____
VERIFIED _____

Civil Process Pick-Up Form

CAUSE NUMBER: 201740519

ATY___    CIV X    COURT 281

REQUESTING ATTORNEY/FIRM NOTIFICATION

*ATTORNEY: Selesky, Carl    PH: _____

*CIVIL PROCESS SERVER: Pannell (Box 18)

*PH: 713.680.9595

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: _____

| Type of Service Document: | CITR | Tracking Number | 73388589 |
| Type of Service Document: | CITR | Tracking Number | 73388588 |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |

Process papers prepared by: Sarah Anderson
Date: 6/28/2017    30 days waiting 7/28/-2017

*Process papers released to: Todd Pannell
(PRINT NAME)

713-978-0554
*(CONTACT NUMBER)    (SIGNATURE)

*Process papers released by: Shaniece Richardson
(PRINT NAME)

Shaniece Richardson
(SIGNATURE)

* Date: June 28, 2017  Time: 6:25 AM/PM

Unofficial Copy Office of Chris Daniel District Clerk

Revised 12-15-2014

# EXHIBIT "E"

7/14/2017 12:10 PM
Chris Daniel - District Clerk Harris County
Envelope No. 18203227
By: Krystal Franklin
Filed: 7/14/2017 12:10 PM

CAUSE NO.  201740519

RECEIPT NO.                          0.00      CIV
          **********                        TR # 73388588

PLAINTIFF: REID, REBECCA                 In The  281st
          vs.                            Judicial District Court
DEFENDANT: JO-ANN STORES LLC             of Harris County, Texas
                                         281ST DISTRICT COURT
                                         Houston, TX

                         **CITATION**

THE STATE OF TEXAS
County of Harris

TO: JO-ANN STORES LLC MAY BE SERVED BY SERVING ITS REGISTERED AGENT
    CT CORPORATION SYSTEM
    1999 BRYAN STREET SUITE 900 DALLAS TEXAS 75201
    OR ANYWHERE IT MAY BE FOUND

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 16th day of June, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 28th day of June, 2017, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
SELESKY, CARL J                          Harris County, Texas
9601 KATY FREEWAY, SUITE 290             201 Caroline, Houston, Tx 77002
HOUSTON, TX  77024                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 780-9595
Bar No.: 792121                          Generated By: ANDERSON, SARAH A  Q36//10709957

                   OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ _ o'clock ____ .M., on the __ __ day of _____ ___ ____, ____ ."

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____ ___, _____.

FEE: $_____

                                         _____

                                         _____ of __ _____ County, Texas

_____                  By _____
       Affiant                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                         _____
                                         Notary Public

N.INT.CITP.P                *73388588*

## RETURN OF SERVICE

State of Texas                    County of Harris                    281st Judicial District Court

Case Number: 2017-40519

Plaintiff:
**Rebecca Reid**

vs.

Defendant:
**Jo-Ann Stores, LLC &**
**McDougal Sewing Center, Inc.**

Received these papers on the 5th day of July, 2017 at 12:31 pm to be delivered to **Jo-Ann Stores, LLC.**
**C/O C.T. Corporation System; Registered Agent at:**

**1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201.**

I, Vince Carroccia, do hereby affirm that on the **5th day of July, 2017 at 2:00 pm, I:**

Delivered to the within named Corporation a true copy of the Citation and Plaintiff's Original Petition with
the date of delivery endorsed thereon by me, to C.T. Corporation System as Registered Agent and
personally delivered to their designated agent for acceptance of delivery of process Laura Perez and
informing said person of the contents thereof.

"My name is Vince Carroccia. My date of birth is 01/XX/1962. My address is 1720 Winding Creek Lane,
Rockwall, Texas 75032, USA. I declare under the penalty of perjury that the foregoing is true and correct.
Executed in Dallas County, State of Texas, on the 7TH day of July, 2017."

_____
**Vince Carroccia**
SCH305, EXP. 11/30/2019

Our Job Serial Number: PEL-2017001808
Ref: 2017000699

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f

# EXHIBIT "F"

7/19/2017 10:26 AM
Chris Daniel - District Clerk Harris County
Envelope No. 18286749
By: Krystal Franklin
Filed: 7/19/2017 10:26 AM

CAUSE NO. 201740519

RECEIPT NO.                    0.00      CIV
        **********
                              TR # 73388589

| | |
|---|---|
| PLAINTIFF: REID, REBECCA<br>vs.<br>DEFENDANT: JO-ANN STORES LLC | In The   281st<br>Judicial District Court<br>of Harris County, Texas<br>281ST DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: MCDOUGAL SEWING CENTER INC MAY BE SERVED BY SERVING ITS REGISTERED
    AGENT DANIEL G WELCH
    15010 YORKTOWN COLONY DRIVE HOUSTON TEXAS 77084
    OR ANYWHERE HE MAY BE FOUND

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 16th day of June, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 28th day of June, 2017, under my hand and
seal of said Court.

Issued at request of:                   CHRIS DANIEL, District Clerk
SELESKY, CARL J                         Harris County, Texas
9601  KATY FREEWAY, SUITE 290           201 Caroline, Houston, Texas 77002
HOUSTON, TX  77024                      (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 780-9595
Bar No.: 792121                         Generated By: ANDERSON, SARAH A  Q36//10709957

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____. in

_____ County at _____ o'clock .M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                        _____

                                        _____ of _____County, Texas

_____      By _____
        Affiant                          Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                        _____
                                                Notary Public

N.INT.CITR.P                   *73388589*

## AFFIDAVIT OF SERVICE

State of Texas                    County of Harris                    281st Judicial District Court

Case Number: 201740519

Plaintiff:
**Reid, Rebecca**

vs.

Defendant:
**Jo-Ann Stores LLC**

For:
Carl Selesky
Selesky Law Firm
9601 Katy Freeway
Suite 290
Houston, TX 77024

Received these papers on the 29th day of June, 2017 at 10:33 am to be served on **McDougal Sewing Center Inc** **may be served by serving its Registered Agent Daniel G Welch, 15010 Yorktown Colony Dr., Houston, Harris County, TX 77084.**

I, Todd Pannell, SCH2127, EXP. 7/31/18, being duly sworn, depose and say that on the **13th day of July, 2017** at **8:17 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION AND PLAINTIFF'S ORIGINAL PETITION** with the date and hour of service endorsed thereon by me, to: **Daniel G Welch** as **Registered Agent** at the address of: **15010 Yorktown Colony Dr., Houston, Harris County, TX 77084** on behalf of **McDougal Sewing Center Inc**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above cause, and am an Approved Process Server, in good standing, per T.R.C.P. Rule 103.

Subscribed and Sworn to before me on the 14th day
of July, 2017 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

SHAUN DZUBIN
Notary Public, State of Texas
Comm. Expires 07-29-2020
Notary ID 124495672

_____
Todd Pannell, SCH2127, EXP. 7/31/18
Process Server

Our Job Serial Number: PLP-2017000690
Ref: 201740519

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g

# EXHIBIT "G"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **REBECCA REID** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **JO-ANN STORES, LLC & MCDOUGAL** | § | |
| **SEWING CENTER, INC.** | § | |
| | § | |
| **Defendants.** | § | |

---

## JO-ANN STORES, LLC'S CERTIFICATE OF INTERESTED PARTIES

---

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 81, Defendant Jo-Ann Stores, LLC discloses the following information:

1.    Jo-Ann Stores Holdings, Inc. ("Jo-Ann Holdings"), a Delaware corporation, is the parent of Needle Holdings, LLC ("Needle"), a Delaware limited liability corporation, which is the parent of Defendant Jo-Ann Stores, LLC ("Jo-Ann Stores").  Needle owns all membership interests of Jo-Ann Stores.  Jo-Ann Holdings owns all membership interests of Needle. Investment funds affiliated with Leonard Green & Partners, LP ("LGP"), as well as a small number of co-investors own the shares of Jo-Ann Holdings.  No publicly held corporation owns 10% or more of the stock of Jo-Ann Holdings, Needle, Jo-Ann Stores, or LGP.

2.    The following list contains all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

a.    Plaintiff Rebecca Reid;

      b.     Carl J. Selesky, **THE SELESKY LAW FIRM, LLP**, 9601 Katy Freeway, Suite 290, Houston, Texas 77024, counsel for Plaintiff Rebecca Reid, to the extent that counsel may be said to be financially interested in the outcome of this litigation; and

      c.     Jo-Ann Stores, LLC, c/o Adolfo R. Rodriguez, Angela  M. Buchanan, **RODRIGUEZ LAW FIRM, P.C**., 1700 Pacific Avenue, Suite 3850, Dallas, Texas  75201.

      d.     McDougal Sewing Center, Inc., unknown at this time.

Defendant Jo-Ann Stores, LLC reserves the right to supplement this disclosure.

Respectfully submitted,

*/s/Adolfo R. Rodriguez, Jr.*
Adolfo R. Rodriguez, Jr.
State Bar No. 24007934
Email:  jr@therodriguezfirm.com
Angela M. Buchanan
State Bar No. 24059213
Email:  abuchanan@therodriguezfirm.com
**RODRIGUEZ LAW FIRM, P.C.**
1700 Pacific Avenue, Suite 3850
Dallas, Texas  75201
Telephone: (214) 220-2929
Facsimile:  (214) 220-2920

**COUNSEL FOR DEFENDANT
JO-ANN STORES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served electronically through the Court's ECF system on all counsel of record below on this the **24th** day of **July**, **2017**.

*/s/Adolfo R. Rodriguez, Jr.*
Adolfo R. Rodriguez, Jr.

# EXHIBIT "H"

7/21/2017 2:24 PM
Chris Daniel - District Clerk Harris County
Envelope No. 18356369
By: DAIQURI ROY
Filed: 7/21/2017 2:24 PM

**CAUSE NO. 201740519**

| | | |
|---|---|---|
| **REBECCA REID** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **JO-ANN STORES, LLC &** | § | |
| **MCDOUGAL SEWING CENTER, INC.** | § | |
| | § | |
| **Defendants.** | § | **281ST JUDICIAL DISTRICT** |

**DEFENDANT JO-ANN STORES, LLC'S GENERAL DENIAL,
ORIGINAL ANSWER AND REQUESTS FOR DISCLOSURE**

Defendant Jo-Ann Stores, LLC ("Jo-Ann") files this General Denial, Original Answer and Requests for Disclosure as follows:

**I.
ANSWER & GENERAL DENIAL**

1.     Jo-Ann generally denies all material allegations contained in Plaintiff's Original Petition.

**II.
AFFIRMATIVE DEFENSES**

2.     Jo-Ann asserts the defense of contributory or comparative negligence and alleges that the damages and injuries alleged in Plaintiff's Original Petition may have been legally and proximately caused in whole or in part by the negligent conduct of Plaintiff or other persons or parties who failed to exercise the same degree of care as would have been exercised by persons using ordinary care in the same or similar circumstances.

3.     Jo-Ann, therefore, is entitled to apply the doctrine of comparative negligence established by Texas Civil Practice & Remedies Code Section 33.001 *et seq.* to reduce any

judgment against Jo-Ann by the degree of negligence or fault attributable to any other person or party. To the extent that any such party has settled or may in the future settle with Plaintiff, Jo-Ann is entitled to and seeks an appropriate credit or reduction of any judgment against it, however unlikely. Jo-Ann will make its request for a specific reduction at the appropriate time.

4.      Jo-Ann further asserts the defense of failure to mitigate. Jo-Ann is not liable to Plaintiff to the extent that she failed to mitigate her own damages, if any.

## III.
## REQUEST FOR DISCLOSURE

5.      Under Texas Rule of Civil Procedure 194, Jo-Ann requests that Plaintiff disclose, within 30 days of service of this request, the information or material described in Rule 194.2 (a) - (l).

## IV.
## JURY DEMAND

6.      Jo-Ann requests a trial by jury.

## V.
## PRAYER

For these reasons, Defendant Jo-Ann Stores, LLC asks that the Court enter judgment that Plaintiff take nothing, assess costs against Plaintiff and award Jo-Ann all other relief to which it is entitled.

Respectfully submitted,


  */s/ Adolfo R. Rodriguez, Jr.*
Adolfo R. Rodriguez, Jr.
State Bar No. 24007934
E-mail: jr@therodriguezfirm.com
Angela M. Buchanan
State Bar No. 24059213
E-mail: abuchanan@therodriguezfirm.com
**RODRIGUEZ LAW FIRM, P.C.**
1700 Pacific Avenue, Suite 3850
Dallas, Texas 75201
Telephone: (214) 220-2929
Facsimile:  (214) 220-2920

**ATTORNEYS FOR DEFENDANT
JO-ANN STORES, LLC**


## <u>CERTIFICATE OF SERVICE</u>

    I certify that a true and correct copy of the foregoing has been served on all counsel of record pursuant to the Texas Rules of Civil Procedure on this the **21st** day of **July**, **2017**.

  */s/ Angela M. Buchanan*
Angela M. Buchanan